UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| ANTHONY KLITZKE, | |
| Petitioner, | Civil No. 25-2949 (JRT/DJF) |
| v. | |
| WARDEN, *MCF Rush City,* | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Defendant. | |

---

Anthony Klitzke, FMC – Rush City, 7600 525th Street, Rush City, MN 55069, Pro Se Petitioner.

Lisa Lodin, Thomas R Ragatz, **OFFICE OF THE MINNSOTA ATTORNEY GENERAL – CRIMINAL APPEALS DIVISION**, 445 Minnesota Street, Suite 600, St. Paul, MN 55101-2125, and

Mark Victor Griffin, **HENNEPIN COUNTY ATTORNEY**, C2000 Government Center, 300 South 6th Street, Minneapolis, MN 55487, for the Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Dulce J. Foster dated September 12, 2025 (Docket No. [7]), along with all the files and records, and because no objections to the Report and Recommendation have been filed,

**IT IS HEREBY ORDERED** that:

1. Petitioner Anthony Klitzke's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Docket No. [1]) be **DENIED**;

2. This action be **DISMISSED**; and

3. No certificate of appealability be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: February, 4, 2026                              _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                                  JOHN R. TUNHEIM
                                                                     United States District Judge